NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

REYNALDO MILLETTE,                          )
                                            )
              Appellant,                    )
                                            )
v.                                          )        Case No.  2D14-1440
                                            )
STATE OF FLORIDA,                           )
                                            )
              Appellee.                     )
_____)

Opinion filed October 10, 2014.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Donna Padar Berlin,
Judge.

Reynaldo Millette, pro se.

CASANUEVA, Judge.

              Reynaldo Millette appeals the postconviction court order summarily

denying his motion filed under Florida Rule of Criminal Procedure 3.850(b)(3), wherein

Mr. Millette sought leave to file a belated postconviction motion on the basis that his

privately retained counsel failed to timely file the motion.  Because counsel did in fact

file a timely motion for postconviction relief on August 22, 2012, and timely amended

that motion on May 23, 2013, we affirm the postconviction court's order.  However, we

note that the postconviction court erroneously dismissed the amended motion as

untimely. <u>See</u> <u>Rosier v. State</u>, 144 So. 3d 604 (Fla. 2d DCA 2014). It also appears Mr. Millette was not adequately informed of his right to seek appellate review of the postconviction court's determination that the motion was untimely. Therefore, our affirmance is without prejudice to any right Mr. Millette may have to file a petition for belated appeal of the postconviction court order rendered July 23, 2013, dismissing as untimely his previous rule 3.850 motion filed by counsel; he has until July 23, 2015, to file a timely petition. <u>See</u> Fla. R. App. P. 9.141(c). Mr. Millette should reference this opinion in his petition for belated appeal.

Affirmed.

SILBERMAN and BLACK, JJ., Concur.